**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
E-mail: tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
E-mail: abacon@toddflaw.com
21031 Ventura Blvd., Suite 340
Woodland Hills, California 91364
Telephone:   323-306-4234
Facsimile:    866-633-0228

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA STINNETT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALL TRADER, LLC d/b/a/ THE HEALTH SCOUT; and DOES 1-10 Inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-05869-JLS-SSC<br><br>**NOTCE OF RESOLUTION AND REQUEST FOR STAY** |

Plaintiff Diana Stinnett ("Plaintiff"), for herself and on behalf of Defendant Call Trader LLC d/b/a The Health Scout (individually, "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of their differences and disputes, on an individual basis, in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines (including but not limited to Defendant's responsive pleading deadline on January 15, 2025, *see* Dkt. 12) and temporarily stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Case 2:24-cv-05869-JLS-SSC    Document 14    Filed 01/07/25    Page 2 of 3    Page ID #:52

Respectfully Submitted,

Dated: January 7, 2025

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:/s/ Adrian R. Bacon
Adrian R. Bacon

*Attorney for Plaintiff*

- 2 -

NOTICE OF RESOLUTION, CASE NO. 2:24-cv-05869-JLS-SSC

# CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 7, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:   January 7, 2025            LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:/s/ Adrian R. Bacon
    Adrian R. Bacon

*Attorney for Plaintiff*